| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 3 | San Francisco, California  94105-2482 |
| | Telephone:    415.268.7000 |
| 4 | Facsimile:    415.268.7522 |
| 5 | BITA RAHEBI (CA SBN 209351) |
| | BRahebi@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Blvd., Suite 6000 |
| 7 | Los Angeles, California  90017-3543 |
| | Telephone:    213.892.5200 |
| 8 | Facsimile:    213.892.5454 |
| 9 | Attorneys for Plaintiff |
| | VMWARE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VMWARE, INC., | Case No.   5:15-cv-1317 |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| GOOD TECHNOLOGY CORPORATION and GOOD TECHNOLOGY SOFTWARE, INC., | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff VMware, Inc. ("VMware") complains and alleges as follows against Good Technology Corporation and Good Technology Software, Inc. (collectively "Defendants").

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 1, et seq.

2. VMware has filed this lawsuit to stop Defendants' unlawful infringement of VMware's patented inventions and to obtain damages and other relief.

**THE PARTIES**

3. VMware is a Delaware corporation with its principal place of business at 3401 Hillview Avenue, Palo Alto, California 94304.

4. Upon information and belief, Good Technology Corporation and Good Technology Software, Inc. are Delaware corporations with their principal place of business at 430 N. Mary Ave., Suite 200, Sunnyvale, California 94085.

**JURISDICTION AND VENUE**

5. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question), and 28 U.S.C. § 1338(a) (any Act of Congress relating to patents or trademarks).

6. This Court has personal jurisdiction over Defendants at least because they are headquartered in this District, regularly transact business in this District, make and sell infringing products in this District, and derive substantial revenue from infringing sales in this District.

7. Venue is proper in this Court under 28 U.S.C. §§ 1391(b)–(d) and 1400(b) at least because Defendants reside in this District, make and sell infringing products in this District, and have a regular and established place of business in this District.

**THE PATENT IN SUIT**

8. United States Patent No. 8,935,429 (the "'429 patent"), entitled "Automatically Determining Which Remote Applications a User or Group is Entitled to Access Based on Entitlement Specifications and Providing Remote Application Access to the Remote

1  Applications," was duly and legally issued by the United States Patent and Trademark Office to
2  VMware on January 13, 2015.  A copy of the '429 patent is attached as Exhibit A.

3         9.       VMware owns all rights to the '429 patent.

## COUNT ONE

**(Infringement of U.S. Patent No. 8,935,429)**

6        10.      VMware incorporates and realleges paragraphs 1 through 9 of this
7  Complaint.

8        11.      Defendants have infringed and continue to infringe one or more claims of
9  the '429 patent in violation of 35 U.S.C. § 271.  Defendants' acts of infringement include direct
10  infringement by making or using in the United States products and services that employ
11  technologies covered by the '429 patent.  The infringing products and services include, without
12  limitation, Good Enterprise App Store, Good AppCentral, and Good Work.

13       12.      Defendants have committed these acts of infringement without license or
14  authorization.

15       13.      As a result of Defendants' infringement of the '429 patent, VMware has
16  suffered damages and will continue to suffer damages.

17       14.      Defendants will continue to infringe unless this Court enjoins Defendants,
18  their officers, agents, servants, employees, and representatives, and all others acting in active
19  concert with Defendants from infringing the '429 patent.

## PRAYER FOR RELIEF

21  WHEREFORE, VMware prays for relief, as follows:

22       1.       A judgment that Defendants have infringed and continue to infringe one or
23     more claims of the '429 patent;

24       2.       An injunction barring Defendants, their officers, agents, servants, employees,
25     and representatives, Defendants' parents, subsidiaries, divisions, successors, and assigns,
26     and all others acting in active concert with Defendants from further acts of infringement of
27     the '429 patent;

28

3. An award of damages sufficient to compensate for Defendants' infringement of the '429 patent, including all pre-judgment and post-judgment interest at the maximum rate permitted by law;

4. Any other remedy to which VMware may be entitled.

Dated: March 20, 2015         By: */s/ Bita Rahebi*
                                  BITA RAHEBI


MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

BITA RAHEBI (CA SBN 209351)
BRahebi@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Ste. 6000
Los Angeles, California  90017-3543
Telephone:   213.892.5200
Facsimile:   213.892.5454

Attorneys for Plaintiff
VMWARE, INC.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, VMware hereby demands a trial by jury on all issues raised by the Complaint.

Dated: March 20, 2015    By:   */s/ Bita Rahebi*
                               BITA RAHEBI

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

BITA RAHEBI (CA SBN 209351)
BRahebi@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Ste. 6000
Los Angeles, California  90017-3543
Telephone:   213.892.5200
Facsimile:   213.892.5454

Attorneys for Plaintiff
VMWARE, INC.