**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VMWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOD TECHNOLOGY CORPORATION and GOOD TECHNOLOGY SOFTWARE, INC., <br><br> Defendants. | Case No. 3:15-CV-01317-MEJ <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL
CASE NO. 3:15-CV-01317-MEJ
sf-3527774

1  Having considered the parties' Joint Stipulation of Dismissal, the Court hereby grants the
2  Joint Stipulation of Dismissal.
3  **IT IS SO ORDERED.**
4
5  Dated: April 20, 2015
   _____
6  _____
   Maria Elena James
7  United States Magistrate Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL
CASE NO. 3:15-CV-01317-MEJ
sf-3527774